IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

S-A-T-R, *an adult,*

Plaintiff,

v.

JULIO HERNANDEZ, et al,

Defendant.

Civ. No. 6:26-cv-02007-MC

JUDGMENT

MCSHANE, Judge:

Based on the stipulation of the parties, ECF No. 8, this action is transferred to the United States District Court, Western District of Washington.

IT IS SO ORDERED.

DATED this 30th day of September, 2026.

/s/ Michael J. McShane
Michael McShane
United States District Judge